UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-80192-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

BARRY T. LITTLE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

**THIS CAUSE** came before the Court upon a Report and Recommendation on a Status re Final Hearing on five alleged violations of supervised release.

**THE MATTER** was heard by United States Magistrate Judge William Matthewman on May 17, 2019. A Report and Recommendation was filed on May 21, 2019 [ECF No. 390], recommending that this Court find that Defendant has violated the terms and conditions of supervised release as to allegations number 1 and 5 as set forth in the Petition. The Magistrate Judge further recommends that the District Judge dismiss allegations number 2, 3, and 4. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 390] on Defendant's status re final hearing to the violation as set forth in the Petition alleging Violation of Supervised Release of the United States Magistrate Judge William Matthewman, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision in respect to violation numbers 1 and 5 of the Petition. Based on the parties agreement Violation numbers 2, 3, and 4 are dismissed as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

Sentencing in this matter is scheduled on **Monday, July 1, 2019 at 10:45 a.m.,** in courtroom 4008, before United States District Judge Jose E. Martinez at 101 South U.S. Highway 1, Ft. Pierce, FL 34950.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14 day of June, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied:
Hon. Magistrate Matthewman
All Counsel Of Record
U.S. Probation Office